**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,

        Plaintiff,

  v.                                 CASE NO.: 1:22-cv-3148

THE MACERICH COMPANY,

        Defendant.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to the

Defendant  shall be and hereby is dismissed without prejudice and on the merits, without

costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the

above entitled action pursuant hereto.


Dated: July 13, 2022                      Respectfully Submitted,

                                */s/Mark Rozenberg*_____
                                Mark Rozenberg, Esq.
                                **Stein Saks, PLLC**
                                One University Plaza
                                Hackensack, NJ 07601
                                mrozenberg@steinsakslegal.com
                                Tel. 201-282-6500
                                Fax 201-282-6501
                                *Attorneys for Plaintiff*

*Kiyo A. Matsumoto, USDJ*

7.13.2022

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.


This 13th day of July, 2022                    Respectfully Submitted,


                                               *<u>/s/ Mark Rozenberg</u>*
                                               Mark Rozenberg